PER CURIAM.
We have for review the decision in M.S.P. v. State, 640 So.2d 1202 (Fla. 2d DCA 1994), which certified conflict with the opinion in B.H. v. State, 622 So.2d 615 (Fla. 5th DCA 1993). We have jurisdiction. Art. V, § 3(b)(4), Fla.Const. The decision below is quashed and the case remanded for reconsideration in light of our opinion in B.H. v. State, 645 So.2d 987 (Fla.1994).
It is so ordered.
GRIMES, C.J., OVERTON and WELLS, JJ., and MeDONALD, Senior Justice, concur.
HARDING, J., concurs in part and dissents in part with an opinion.
KOGAN, J., dissents with an opinion, in which SHAW, J., concurs.